IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN AKUBU** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CORFRECTIONAL OFFICER** | : | |
| **WISEBACK, ET AL** | : | NO. 15-3399 |

**AND NOW, TO WIT:** This 14th day of September, 2015, it having been reported that the issues among the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                              **MICHAEL E. KUNZ**, Clerk of Court

               **BY:**     S/Rose A. Barber
                            Rose A. Barber
                            Deputy Clerk

Copy sent by ECF to:
Paul J. Hetznecker